

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00241-CR

Antonio **LONGORIA** Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR1413
Honorable Velia J. Meza, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED June 5, 2019.

_____
Patricia O. Alvarez, Justice